UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PATRICK J. LYNCH, as President of the PATROLMEN'S BENEVOLENT ASSOCIATION of the CITY OF NEW YORK, INC. and the PATROLMEN'S BENEVOLENT ASSOCIATION of the CITY OF NEW YORK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> The CITY OF NEW YORK, the NEW YORK CITY POLICE DEPARTMENT, and RAYMOND W. KELLY, as COMMISSIONER of the NEW YORK CITY POLICE DEPARTMENT, <br><br> Defendants. | 07 CIV 9337 (GBD) <br><br> ECF <br><br><br><br> **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs submit the following statement regarding parent corporations and any publicly held corporation owning ten percent or more of their stock.

1.   Plaintiff Patrolmen's Benevolent Association of the City of New York, Inc., has no parent corporation, and no publicly held corporation owns more than ten percent of its membership.

Respectfully submitted,

OF COUNSEL:

Michael T. Murray
Office of the General Counsel of
the Patrolmen's Benevolent
Association of the City
of New York
40 Fulton St.
New York, New York 10038-1850
Telephone: (212) 775-4500

LAW OFFICES OF THOMAS P. PUCCIO

By: /s/ Thomas P. Puccio
Thomas P. Puccio
230 Park Avenue
New York, NY 10169
Tel: (212) 883-6383
Fax: (212) 883-6388

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP

Lawrence S. Robbins (LR-8917)
Donald J. Russell
Alison C. Barnes
Brian A. Pérez-Daple
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

Counsel for Plaintiffs

Dated: October 18, 2007