UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICK J. LYNCH, as President of the Patrolmen's Benevolent Association, of the City of New York, Inc., and the PATROLMEN'S BENEVOLENT ASSOCIATION, OF THE CITY OF NEW YORK, INC.,

                                            Plaintiffs,

              -against-

THE CITY OF NEW YORK, the NEW YORK CITY POLICE DEPARTMENT, and RAYMOND W. KELLY, as Commissioner of the New York City Police Department,

                                            Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 9337 (GBD)

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for all defendants in the above-captioned action, and I am the present Assistant Corporation Counsel

assigned to this action, and all future filings, or other information, related to this action can be directed to me at the below address.

Dated:      New York, New York
               October 22, 2007

                                       **MICHAEL A. CARDOZO**
                                       Corporation Counsel of the
                                           City of New York
                                       Attorney for Defendants
                                       100 Church Street, Room 2-187
                                       New York, N.Y. 10007-2601
                                       (212) 788-0952

                         By:    ECF          /s/
                                       Alan M. Schlesinger
                                    Assistant Corporation Counsel

To:    **THOMAS P. PUCCIO**
         Attorney for Plaintiffs
         230 Park Avenue
         Suite 301
         New York, NY 10169

07 Civ. 9337 (GBD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK J. LYNCH, as President of the Patrolmen's Benevolent Association, of the City of New York, Inc., et al.,

           Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

           Defendants.

**DEFENDANTS' NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-187
New York, N.Y. 10007-2601

Of Counsel: Alan M. Schlesinger
Tel: (212) 788-0952

Matter No. 2007-031787

*Due and timely service is hereby admitted.*

New York, N.Y. ........................................, 200 . . .

...................................................................

Attorney for...............................................