UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK J. LYNCH, et al.,

                Plaintiffs,

Vs

CITY OF NEW YORK, et al

                Defendants.

CASE No.
07Civ. 9337

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On October 18, 2007 at 4:10 p.m. at 100 Church Street, New York, NY 10007, I served the within ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR A PRELIMINARY INJUNCTION, and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNTION on CITY OF NEW YORK, defendant therein named, by delivering a true copy of same to JERRY BRADSHAW, designated agent

The person served is a black male, black/ gray hair, 50-60 years old, 5'7"-5'9" in height, 160-180 pounds.

Ian Thomson
License No. 1150441

Sworn to before me this
18th day of October 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20/0

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

LegalEase, Inc.