UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK J. LYNCH, et al.,

                         Plaintiffs,

Vs

CITY OF NEW YORK, et al

                         Defendants.

CASE No.
07Civ. 9337

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On October 18, 2007 at 4:10 p.m. at 100 Church Street, New York, NY 10007, I served the within SUMMONS and COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC FILING on POLICE DEPARTMENT OF THE CITY OF NEW YORK, defendant therein named, by delivering a true copy of same to JERRY BRADSHAW, designated agent

The person served is a black male, black/ gray hair, 50-60 years old, 5'7"-5'9" in height, 160-180 pounds.

                                                           Ian Thomson
                                                           License No. 1150441

Sworn to before me this
18th day of October 2007

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070   •   800-393-1277   •   Fax: 212-393-9796