UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PATRICK J. LYNCH, et. al.,
                      Plaintiff,

-against-

CITY OF NEW YORK, et. al.,
                      Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007

07 CV 9337(GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    Plaintiffs' application for a temporary restraining order, or earlier hearing thereon, prior to the scheduled November 20, 2007 hearing on plaintiffs' motion for a preliminary injunction is DENIED.

Dated: October 29, 2007
       New York, New York

                                    SO ORDERED:

                                    GEORGE B. DANIELS
                                    United States District Judge