AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 1:07-cv-9337 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PATRICK J. LYNCH, as President of the Patrolmen's Benevolent Association of the City of New York, Inc. and the PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/7/2007 | *[signature]* |
| Date | Signature |
| | Lawrence S. Robbins — LR-8917 |
| | Print Name / Bar Number |
| | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP |
| | 1801 K Street, N.W., Suite 411L |
| | Address |
| | Washington / DC / 20006 |
| | City / State / Zip Code |
| | (202) 775-4500 / (202) 775-4510 |
| | Phone Number / Fax Number |